1   FRANK J. CHRISTY, JR., SBN 119615
    LAW OFFICES OF FRANK J. CHRISTY, JR.
2   11 Western Avenue
    Petaluma, CA  94952
3   Telephone:  (707) 773-2714
    Facsimile:  (707) 762-3538
4
5   ERIC G. YOUNG, ESQ., SBN 190104
    LAW OFFICES OF ERIC G. YOUNG
6   100 "B" Street, Suite 330
    Santa Rosa, California  95402
7   Telephone:  (707) 575-5005
    Facsimile:  (707) 575-5395
8
9   Attorney for Plaintiffs
    DOROTHY STILLWELL and
10  RAYMOND STILLWELL

11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14

15  DOROTHY STILLWELL and          )   Case No.: C 04-02339 JL
                                   )
16  RAYMOND STILLWELL,             )
                                   )   **STIPULATION OF DISMISSAL WITH**
17          Plaintiffs,            )   **PREJUDICE AND [PROPOSED] ORDER**
                                   )
18      vs.                        )   Judge:  Martin J. Jenkins
                                   )
19  COUNTY OF MENDOCINO, DEPUTY    )
    SHERIFF MICHAEL GANDER,        )
20  DEPUTY SHERIFF HUBER, and DOES )
    ONE through FIFTY, inclusive,  )
21                                 )
            Defendants.            )
22

23          IT IS HEREBY STIPULATED by and between the parties to this action, through their

24  designated counsel of record, that the Complaint filed herein be dismissed with prejudice

25  ///

26  ///

27  ///

28  ///

    STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER                    1
    C 04-02339 JL

1   pursuant to FRCP 41(a)(1).  The parties to bear their own fees and costs in this action.

2

3   Dated: April 11 , 2005          LAW OFFICES OF FRANK J. CHRISTY, JR.

4

5

6                     By: _____

7                       Frank J. Christy, Jr.
                      Attorney for Plaintiffs

8                       DOROTHY STILLWELL, and
                      RAYMOND STILLWELL

9

10

11   Dated: April 16 , 2005          COUNTY OF MENDOCINO

12

13

14                     By: _____

15                       Douglas L. Losak., Deputy County Counsel

16                       **ORDER**

17      Pursuant to the Stipulation between the parties to this action, by and through their

18   designated counsel of record, the Complaint filed herein is hereby dismissed with prejudice

19   pursuant to FRCP 41(a)(1).  The parties to bear their own fees and costs in this action.

20

21      IT IS SO ORDERED.

22   Dated:  4/21/2005            /s/

23             THE HONORABLE _____ MARTIN J. JENKINS

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER           2
C 04-02339 JL